TUCKER ELLIS LLP
Traci L. Shafroth (SBN 251673)
traci.shafroth@tuckerellis.com
201 Mission Street, Suite 2310
San Francisco, CA  94105
Telephone:   (415) 617-2400
Facsimile:    (415) 617-2409

TUCKER ELLIS LLP
Karl Bekeny (admitted *pro hac vice*)
karl.bekeny@tuckerellis.com
Jennifer Mesko (admitted *pro hac vice*)
jennifer.mesko@tuckerellis.com
950 Main Avenue, Suite 1100
Cleveland, OH  44113
Telephone:   (216) 592-5000
Facsimile:    (216) 592-5009

*Attorneys for Defendants*
*PROGRESSIVE WEST INSURANCE COMPANY,*
*UNITED FINANCIAL CASUALTY COMPANY, and*
*PROGRESSIVE SELECT INSURACE COMPANY*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHONDRA MORRISSETTE, BRIDGETTE DAWSON, and SAMUEL MARTINEZ on behalf of themselves and all others similarly situated, | ) Case No. 4:19-cv-07239-JST |
| | ) |
| | ) **STIPULATION TO FURTHER EXTEND** |
| | ) **DEADLINE TO FILE RESPONSIVE** |
| Plaintiffs, | ) **PLEADINGS** |
| | ) |
| v. | ) |
| | ) |
| PROGRESSIVE WEST INSURANCE COMPANY, a foreign insurance company, UNITED FINANCIAL CASUALTY COMPANY, a foreign insurance company, and PROGRESSIVE SELECT INSURANCE COMPANY, a foreign insurance company, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis*

**TUCKER ELLIS LLP**

Under Local Rule 6-1(a), the parties stipulate to further extend the time within which Defendants may file a responsive pleading to Plaintiffs' Complaint.

On November 1, 2019, Plaintiffs filed their Class Action Complaint in the United States District Court for the Northern District of California.  ECF No. 1. On November 5, 2019, Plaintiffs personally served Defendants with the Summons and Class Action Complaint.  ECF Nos. 10-12.  Accordingly, the deadline for Defendants to file responsive pleadings was originally November 26, 2019.  Fed. R. Civ. P. 12(a)(1)(A)(i).

Plaintiffs agreed to extend Defendants' deadline to file and serve their responsive to January 3, 2020, while Defendants' analyzed Plaintiffs' allegations and formulated a response. On December 6, 2019, Defendants informed Plaintiffs' counsel that it had uncovered potentially fatal issues to the adequacy of the Named Plaintiffs and subsequently provided supporting information and data in response to questions from Plaintiffs' counsel. On December 19, 2019, Plaintiffs' counsel indicated that they intend to amend their complaint to substitute some of the Named Plaintiffs.  Plaintiffs' counsel has represented that they are working on the amended complaint but do not expect to file their amended complaint before January 3, 2020. Plaintiffs, therefore, have agreed to extend Defendants' deadline to file and serve their responsive pleadings to on or before 30 days after Plaintiffs have filed their amended pleading.

**IT IS HEREBY STIPULATED AND AGREED**, under Local Rule 6-1(a), that the deadline for Defendants to file their responsive pleadings shall be extended to on or before 30 days after Plaintiffs have filed their amended pleading.

STIPULATION TO FURTHER EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS

1

DATED: December 31, 2019

2

3

4
By: */s/ Annick M. Persinger*
Annick M. Persinger (SBN 272996)

5
apersinger@tzlegal.com
Maren I. Christensen (SBN 320013)

6
mchristensen@tzlegal.com
TYCKO & ZAVAREEI LLP

7
1970 Broadway, Suite 1070
Oakland, CA 94612

8
Telephone: (510) 254-6808

9
*Attorneys for Plaintiffs*

10
DATED: December 31, 2019

11

12

13
By: */s/ Traci L. Shafroth* _____
Traci L. Shafroth (SBN 251673)

14
traci.shafroth@tuckerellis.com
TUCKER ELLIS LLP

15
201 Mission Street, Suite 2310
San Francisco, CA 94105

16
Telephone: (415) 617-2400
Facsimile: (415) 617-2409

17

18
*Attorneys for Progressive West Insurance*
*Company, United Financial Casualty*

19
*Company, and Progressive Select Insurance*
*Company*

20

21
## **ATTESTATION**

22
    I, Traci L. Shafroth, am the ECF User whose identification and password are being used to file

23
this document. In compliance with Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs concur

24
in this filing.

25
DATED: December 31, 2019

26

27
By: */s/ Traci L. Shafroth* _____
Traci L. Shafroth

28

TUCKER ELLIS LLP
Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis

3

**CERTIFICATE OF SERVICE**

This Certificate of Service is made in compliance with Local Rule 5.1.2 and Civ.R. 5(b). I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 201 Mission Street, Suite 2310, San Francisco, CA 94105.

On the date indicated below, a true and correct copy of the foregoing STIPULATION TO FURTHER EXTEND DEADLINE TO FILE RESPONSIVE PLEADINGS was filed with the Court and served electronically and will be available for viewing and downloading from the Court's CM/ECF system:

The Notice of Electronic Case Filing automatically generated by the system and sent to all parties entitled to service under the Federal Rules of Civil Procedure and the Local Rules of the Northern District of California who have consented to electronic service shall constitute service of the filed document to all such parties.

I declare under penalty of perjury that I am employed in the office of a member admitted to practice before the District Court for the Northern District of California and ECF registered in this Court at whose direction the service was made and that the foregoing is true and correct. Executed on, December 31, 2019, at San Francisco, California.

By:   /s/ *Diana Bennett* _____
       Diana Bennett

TUCKER ELLIS LLP

Chicago ♦ Cleveland ♦ Columbus ♦ Houston ♦ Los Angeles ♦ San Francisco ♦ St. Louis